FILED
FEB 14 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RRmm

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr396 JM |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(ii) and |
| TEODORO MAGADAN-PINEDA (1) ) | (v)(II) - Transportation of |
| EMILIO GONZALEZ-RODRIGUEZ (2), ) | Illegal Aliens and Aiding and |
| ) | Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about January 23, 2008, within the Southern District of California, defendants TEODORO MAGADAN-PINEDA and EMILIO GONZALEZ-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angel Pacheco-Juarez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 2/14/08.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
2/8/08