AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| EMILIO GONZALEZ-RODRIGUEZ | CASE NUMBER: 08Cr396-JM |

I, EMILIO GONZALEZ-RODRIGUEZ, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on ___2/14/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Emilio Gonzalez Rodriguez*
Defendant

*[signature]*
Defense Counsel

Before *[signature]*
Judicial Officer

FILED
FEB 14 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY